IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

|  |  |
|---|---|
| KENNETH K. MAURICIO,<br><br>          Plaintiff,<br><br>     v.<br><br>WEBER COUNTY et al.,<br><br>          Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 1:11-CV-72 DB<br><br>District Judge Dee Benson |

  Plaintiff, inmate Kenneth K. Mauricio, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the complaint under § 1915(e), in an Order dated March 29, 2012, the Court determined Plaintiff's complaint was deficient for a variety of reasons. The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. Plaintiff has not responded.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.

DATED this 1st day of June, 2012.

BY THE COURT:

_____
JUDGE DEE BENSON
United States District Court